**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7498**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARRY L. DEFFENBAUGH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:10-cr-00049-HCM-TEM-1)

Submitted: December 22, 2015        Decided: January 20, 2016

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry L. Deffenbaugh, Appellant Pro Se. Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Larry Deffenbaugh appeals the district court's orders denying relief on several postjudgment motions filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Deffenbaugh</u>, No. 2:10-cr-00049-HCM-TEM-1 (E.D. Va. filed July 21, 2015 & entered July 22, 2015; Sept. 8, 2015; Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>
